

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00607-CV

**IN THE INTEREST OF S.A.M., ET AL**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02510
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to December 17, 2018. "No Further Extensions absent extraordinary circumstances."

_Rebeca C. Martinez_
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court